FAYER GIPSON LLP
Gregory A. Fayer (State Bar. No. 232303)
GFayer@fayergipson.com
Minh Z. Kuo (State Bar No. 287489)
MKuo@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile:  310.557.3559

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Cinezeta Internationale Filmproduktionsgesellschaft mbH & Co 1. Beteiligungs KG,<br><br>        Plaintiff,<br><br>   v.<br><br>Inferno Distribution, LLC; Inferno International, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. CV10-9938 JFW(FMOX)<br><br>**JUDGMENT**<br><br>Judge:   Hon. John F. Walter<br>Ctrm:    16<br><br>Motion Cut-off:      Oct. 17, 2011<br>Discovery Cut-off:   Oct. 3, 2011<br>Trial Date:          Dec. 6, 2011<br><br>Action Filed: December 27, 2010 |

JUDGMENT

# JUDGMENT

WHEREAS, on October 24, 2011, this Court issued an Order granting Plaintiff's Motion for Partial Summary Judgment as to its First Claim for Relief for breach of contract against defendant Inferno Distribution, LLC ("Distribution") in the amount of $3,427,917.44, plus prejudgment interest accruing from January 4, 2011;

WHEREAS, on December 12, 2011, the jury returned its verdict on Plaintiff's First Claim for Relief finding that defendant Inferno International, LLC ("International") is the alter ego of Distribution;

WHEREAS, on December 12, 2011, the jury found in favor of Defendants on Plaintiff's Second Claim for Relief for fraudulent transfer to the extent that such claim was predicated on a constructive fraud theory under California Civil Code Section 2329.04(a)(2) and Section 3439.05;

WHEREAS, on December 12, 2011, the jury was unable to reach a unanimous verdict on Plaintiff's Second Claim for Relief for fraudulent transfer to the extent that such claim was predicated on an actual fraud theory under California Civil Code Section 3439.04(a)(1);.

WHEREAS, the Court accordingly declared a mistrial as to Plaintiff's Second Claim for Relief for fraudulent transfer to the extent that such claim was predicated on an actual fraud theory under California Civil Code Section 3439.04(a)(1) and Plaintiff consents to and requests the Court to dismiss this claim without prejudice;

WHEREAS, on January 26, 2012, the Court issued Findings of Fact and Conclusions of Law on Plaintiff's First Claim for Relief concluding that International is the alter ego of Distribution; therefore,

IT IS ORDERED AND ADJUDGED that:

1. On its First Claim for Relief for breach of contract against all Defendants, Plaintiff shall have and receive, jointly and severally from Distribution and International, the sum of $3,427,917.44, together with prejudgment interest

accruing at the rate of ten percent (10%) per annum simple interest from January 4, 2011 through the date of this judgment;

    2.    Judgment shall be entered in favor of all Defendants on Plaintiff's Second Claim for Relief for fraudulent transfer to the extent that such claim was predicated on a constructive fraud theory under California Civil Code Section 2329.04(a)(2) and Section 3439.05; and

    3.    Plaintiff's Second Claim for Relief for fraudulent transfer is dismissed without prejudice against all Defendants to the extent that such claim is predicated on an actual fraud theory under California Civil Code Section 3439.04(a)(1).

DATED: February 3, 2012

By_____
Hon. John F. Walter
United States District Judge